**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SKIT INTERNATIONAL, LTD.                                                              PLAINTIFF

v.                                  No. 4:05CV01713 JLH

DAC TECHNOLOGIES OF ARKANSAS, INC.,
f/k/a DAC TECHNOLOGIES OF AMERICA, INC.,
and DAC TECHNOLOGIES GROUP INTERNATIONAL, INC.                    DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of DAC Technologies of Arkansas, Inc., f/k/a DAC Technologies of America, Inc., and DAC Technologies Group International, Inc. The complaint of Skit International, Ltd., is dismissed with prejudice.

IT IS SO ORDERED this 6th day of June, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE